# Court of Appeals
# of the State of Georgia

ATLANTA,　March 07, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0247. ANTIONE WALKER v. THE STATE.**

A jury found Antione Walker guilty of multiple offenses, including kidnapping with bodily injury, and his convictions were affirmed on appeal. See *Walker v. State*, 306 Ga. App. 16 (701 SE2d 523) (2010). Years later, Walker filed a pro se motion, which the trial court construed as a motion to reduce/modify his sentence. The trial court dismissed the motion on January 9, 2023, and Walker filed this discretionary application on February 15, 2023.[1] We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Walker's application was filed 37 days after the order he seeks to appeal.

---

[1] Walker attempted to file the application earlier, but we were unable to accept the filing because it did not include a proper certificate of service. See Court of Appeals Rule 6 (d).

Because Walker's application for discretionary appeal is untimely, we lack jurisdiction to consider the application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/07/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*